**\*\*\* FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER \*\*\***

**Electronically Filed
Supreme Court
SCAP-19-0000714
17-FEB-2023
09:20 AM
Dkt. 19 OCOR**

SCAP-19-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Plaintiff-Appellee,

vs.

DAE HAN MOON,
Defendant-Appellant.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-19-0000714; CASE NO. 1PC161002007)

ORDER OF CORRECTION
(By: Recktenwald, C.J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on February 10, 2023, is corrected as follows:

On page 1, in the first paragraph, on the first line, the words "requires the court to" should be inserted after the word "case," and the word "considers" should be "consider," so that the text reads: "This case requires the court to consider the application of Hawaiʻi Revised . . . ."

On page 2, on the first line, the word "allegedly" should be deleted.

On page 42, on the fourteenth line, the introductory signal "cf." should be underscored.

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, February 17, 2023.

/s/ Mark E. Recktenwald

Chief Justice

